**FILED**

OCT 0 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　　DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DELBOSQUE<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TRICONT TRUCKING CO, an unknown business organization, and DOES 1 through 100, inclusive,<br><br>　　　　Defendant. | Case No. 1:07-cv-1273-LJO-NEW (TAG)<br><br>Fresno Superior Court Case No. 07CECG02236AMC<br><br>STIPULATION TO DISMISS CLAIMS AND [PROPOSED] ORDER<br><br>*Honorable Lawrence J. O'Neill* |

LA-196829　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RECYCLED PAPER

1  Plaintiff David DelBosque ("Plaintiff") and Defendant Tricont Trucking
2  Company ("Defendant"), through their respective counsel of record, hereby stipulate to
3  the following:
4
5  WHEREAS, on July 12, 2007, Plaintiff filed a Complaint for Compensatory and
6  Punitive Damages against Defendant in the Superior Court of California for the
7  County of Fresno;
8  WHEREAS, on September 4, 2007, Defendant filed a Notice of Removal with
9  the United States District Court, Eastern District of California;
10 WHEREAS, the parties subsequently met and conferred in connection with
11 Defendant's proposed motion to dismiss, pursuant to the Local Rules, Plaintiff's
12 second cause of action for Violation of California Labor Code section 132a, third
13 cause of action for intentional infliction of emotional distress, and fourth cause of
14 action for negligent infliction of emotional distress, and as a result of these meet and
15 confer efforts, Plaintiff agreed not to pursue his second cause of action for Violation of
16 California Labor Code section 132a, third cause of action for intentional infliction of
17 emotional distress, and fourth cause of action for negligent infliction of emotional
18 distress.
19
20 THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:
21 1.  Plaintiff's second cause of action for violation of California Labor Code
22 section 132a is dismissed, with prejudice.
23 2.  Plaintiff's third cause of action for intentional infliction of emotion
24 distress is dismissed, without prejudice.
25 ///
26 ///
27 ///
28 ///

- 1 -

RECYCLED PAPER

3. Plaintiff's fourth cause of action for negligent infliction of emotion distress is dismissed without prejudice.

SO STIPULATED:

JUAN M. FALCON & ASSOCIATES, INC.

Dated: October 1, 2007    By: _____
Juan M. Falcon
Attorney for Plaintiff David
DelBosque

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

Dated: October 1, 2007    By: _____
Thomas H. Petrides
Myra B. Villamor
Attorneys for Defendant Tricont
Trucking Company

IT IS SO ORDERED.

Dated: October 2, 2007    _____
Honorable Lawrence J. O'Neill
United States District Court Judge

RECYCLED PAPER