IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DELBOSQUE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TRICONT TRUCKING, CO., an unknown business organization, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | 1:07-cv-01273-LJO-GSA<br><br>ORDER REGARDING STIPULATION TO EXTEND DISCOVERY CUT-OFF DATE<br><br>(Document 15) |

Pursuant to the stipulation of the parties filed on September 29, 2008, and good cause appearing, the non-expert discovery cut-off date is extended from October 1, 2008 to December 1 , 2008.  The parties are advised that the Court will not entertain further extensions of the dates set forth in the January 24, 2008 Scheduling Order, including pre-trial and trial dates.

IT IS SO ORDERED.

Dated:  **October 8, 2008**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-