1
2
3
4

**K&L GATES LLP**
**10100 Santa Monica Boulevard**
**Seventh Floor**
**Los Angeles, California  90067**
**Telephone: 310.552.5000**
**Facsimile: 310.552.5001**

5
6

Thomas H. Petrides (SBN 117121)
thomas.petrides@klgates.com
Myra B. Villamor (SBN 232912)
myra.villamor@klgates.com

7
8

Attorneys for Defendant Tricont Trucking Company

9
10
11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18

DAVID DELBOSQUE

    Plaintiff,

vs.

TRICONT TRUCKING CO., an unknown business organization, and DOES 1 through 100, inclusive,

    Defendant.

Case No. 1:07-cv-1273-LJO-NEW (TAG)

Fresno Superior Court Case No. 07CECG02236AMC

**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE**

Discovery Cut-off:   October 1, 2008
Trial Date:   February 9, 2009

*Honorable Lawrence J. O'Neill*

19
20
21
22
23
24
25
26
27
28

This Court, having read and considered the Stipulation of Dismissal With Prejudice (the "Stipulation") submitted by Plaintiff David DelBosque and Defendant Tricont Trucking Company, and finding good cause therefore, orders that: (1) this entire action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a); (2) each party shall be responsible for its own costs, including attorneys' fees; and (3) the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

The clerk is directed to close this action.

**IT IS SO ORDERED.**

DATED:   NOVEMBER 20, 2008                     /S/ LAWRENCE J. O'NEILL

                                                                             **UNITED STATES DISTRICT JUDGE**